FILED IN CLERKS OFFICE

OCT 5 '21 PM4:11 USDC MA

To the Clerk of Court:

Case Numbers: Civil Actions NO. 21-40050-TSH & NO. 21-40051-TSH

A change of Address:

Old Address: 21 Summer St, Madison, ME 04950-1422

**New Address: 62 Old Point Ave, Madison, ME 04950-1129**

THANK YOU!

*[signature]*

Gregory Paul Violette